UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOG-ON-IT PARKS, INC.,

        Plaintiff,

     v.

MIDWEST GROOMING SUPPLIES & SERVICE CORPORATION,

        Defendant.

No. C24-767RSL

ORDER TO SHOW CAUSE

        This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on May 31, 2024. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than September 27, 2024. The Clerk of Court shall note this Show Cause on the Court's calendar for September 30, 2024.

        DATED this 12th day of September, 2024.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE